UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

JAMES FORTUNE,                                    Case No. 1:16-cv-09021-VSB

                Plaintiff,

                                                  ECF Case

        -against-

PLAYBOY ENTERPRISES INTERNATIONAL, INC.

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, James Fortune, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice in its entirety.

Dated: December 23, 2016

                                              LIEBOWITZ LAW FIRM, PLLC

                                              By: /s/ Richard Liebowitz
                                                  Richard P. Liebowitz
                                            11 Sunrise Plaza, Suite 305
                                            Valley Stream, NY 11580
                                            Tel: (516) 233-1660
                                            RL@LiebowitzLawFirm.com

                                            *Attorneys for Plaintiff James Fortune*